UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JONATHAN MACIAS,                : | |
|     Plaintiff,                    : | No. 5:15-cv-3730 |
|     v.                                  : | |
|                                            : | |
| THE SCHOOL DISTRICT OF THE CITY : | |
| OF ALLENTOWN, QUAAN S. WHITE,  : | |
| RICHARD E. GAVORNIK, and          : | |
| ANTHONY S. WARD,                    : | |
|     Defendants.                : | |

**O R D E R**
**Defendant School District City of Allentown's Motion to Dismiss, ECF No. 5 – Granted**

**AND NOW**, this 29th day of March, 2016, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Motion to Dismiss filed on behalf of Defendant School District of the City of Allentown, ECF No. 5, is **GRANTED**;

2. Count Eight is **DISMISSED without prejudice**;

3. Count Nine is **DISMISSED with prejudice**; and

4. Plaintiff may file an amended complaint within twenty days of the date of this Order.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge