**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____

JONATHAN MACIAS,                                             :
                                                            :
         Plaintiff                                          :
                                                            :        Civil Action No. 15-3730
    v.                                                      :
                                                            :
THE SCHOOL DISTRICT OF THE                                  :
CITY OF ALLENTOWN; QUAAN                                     :
WHITE; RICHARD E. GAVORNIK;                                  :
AND ANTHONY S. WARD,                                        :
                                                            :
         Defendants                                         :
_____:

## ORDER

**AND NOW**, this      14ᵗʰ      day of November, 2017, upon consideration of Defendant

Allentown School District's Motion for Summary Judgment (Dkt. No. 39) filed March 15, 2017;

upon consideration of the Reply to Defendant, the School District of the City of Allentown's,

Motion for Summary Judgment (Dkt. No. 44) filed by Plaintiff on April 15, 2017; upon

consideration of the Reply Brief of Allentown School District in Support of Motion for Summary

Judgment (Dkt. No. 48) filed May 1, 2017; and for the reasons expressed in the foregoing

Memorandum,

    **IT IS ORDERED** that Defendant Allentown School District's Motion for Summary

Judgment (Dkt. No. 39) is **GRANTED**. Count Eight of the Amended Complaint is

**DISMISSED**, and judgment is entered for Defendant, The School District of the City of

Allentown, on Plaintiff's claims.

                                        BY THE COURT:


                                        _/s/ Henry S. Perkin_____
                                        HENRY S. PERKIN,
                                        United States Magistrate Judge