IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JONATHAN MACIAS,

    Plaintiff

  v.

QUAAN WHITE; RICHARD E. GAVORNIK;
AND ANTHONY S. WARD,

    Defendants

Civil Action No. 15-3730

## ORDER

**AND NOW**, this 10th day of January, 2018, upon consideration of the record, the findings of the January 3, 2018 non-jury trial, and Defendants' failure to appear or respond in this action,

**IT IS ORDERED** that Default Judgment against Defendants Anthony S. Ward, Quaan White, and Richard E. Gavornik is **GRANTED** on Plaintiff's claims contained in the Amended Complaint (Dkt. 21).

**IT IS FURTHER ORDERED** that Defendants Ward, White, and Gavornik shall be jointly and severally liable to pay the amount of $180,000 for compensation damages and $80,000 for punitive damages suffered by Plaintiff.

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

*/s/ Henry S. Perkin*
HENRY S. PERKIN,
United States Magistrate Judge